No. 202. WEIDLICH *v.* ESTATE OF WEIDLICH ET AL. Supreme Court of Errors of Connecticut. Certiorari denied. *Clifton F. Weidlich* for petitioner. *David Goldstein* for respondents. ▮

No. 203. CITY OF KANSAS CITY, MISSOURI, ET AL. *v.* WILLIAMS ET AL. C. A. 8th Cir. Certiorari denied. *David M. Proctor* for petitioners. *Robert L. Carter* and *Thurgood Marshall* for respondents. ▮

No. 204. SPRIGGS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *H. Clifford Allder* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Robert S. Erdahl* and *Robert G. Maysack* for the United States. ▮

No. 205. KENT, PRESIDENT OF FLIGHT ENGINEER OFFICERS' ASSOCIATION, *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. 2d Cir. Certiorari denied. *Frank S. Ketcham* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Barnes, Ralph S. Spritzer, Emory T. Nunneley, Jr.* and *O. D. Ozment* for the Civil Aeronautics Board; and *Daniel Kornblum* for Former AOA Flight Engineers et al., respondents. ▮

No. 206. REYNOLDS *v.* UNITED STATES. Court of Claims. Certiorari denied. *Frank F. Reynolds, pro se. Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade* and *Cornelius J. Peck* for the United States. ▮